FILED
SEP 25 2013
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. **4:13CR391 JAR/TIA** |
| KEVIN NAILOR, WALTER COMBS, a/k/a VICTOR FLENOY, and SHATONDI RICE, | ) ) ) ) ) |
| Defendants. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

Beginning on or about May 23, 2013, and continuing to on or about June 6, 2013, in the City of St. Louis, within the Eastern District of Missouri,

**KEVIN NAILOR,**

the defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess one or more firearms, which traveled in interstate or foreign commerce during or prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

### COUNT TWO

The Grand Jury further charges that:

Beginning at an unknown time, and continuing to on or about September 17, 2013, in the City of St. Louis, within the Eastern District of Missouri,

**KEVIN NAILOR,
WALTER COMBS, a/k/a VICTOR FLENOY,
and SHATONDI RICE,**

did knowingly and willfully conspire, combine, confederate and agree to commit an offense against the United States; to wit: to distribute, and possess with intent to distribute, in excess of five kilograms of a mixture or substance containing a detectible amount of cocaine, a Schedule II narcotic controlled substance drug.

In violation of Title 21, United States Code, Sections 841(a)(1) and 846, and punishable under Title 21, United States Code, Section 841(b)(1)(A)(ii).

## COUNT THREE

The Grand Jury further charges that:

On or about September 17, 2013, in the City of St. Louis, within the Eastern District of Missouri,

**KEVIN NAILOR,
WALTER COMBS, a/k/a VICTOR FLENOY,
and SHATONDI RICE,**

the defendants herein, acting together, did knowingly possess a firearm in furtherance of a drug-trafficking crime, which may be prosecuted in a court of the United States; to wit: conspiracy to distribute, and possess with intent to distribute, in excess of five kilograms of cocaine, as charged in Count Two herein.

In violation of Title 18, United States Code, Sections 924(c)(1) and 2.

## COUNT FOUR

The Grand Jury further charges that:

On or about September 17, 2013, in the City of St. Louis, within the Eastern District of Missouri,

**KEVIN NAILOR,**

the defendant herein, having been convicted previously of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess one or more firearms, which traveled in interstate or foreign commerce during or prior to being in the defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SAYLER A. FLEMING, #58775MO
Assistant United States Attorney