# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DISTRICT

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:13CR00391 JAR |
| | ) | |
| WALTER COMBS, | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES OF AMERICA'S EXHIBIT LIST

COMES NOW the United States of America and lists the following trial exhibits:

| EXHIBIT NUMBER | DESCRIPTION | OFFERED/ADMITTED |
|---|---|---|
| 1 | Photograph of Walter Combs and co-defendants | _____/_____ |
| 2 | 9 mm handgun purchased from Nailor on 6/19/13 | _____/_____ |
| 3 | .22 caliber handgun purchased from Nailor on 7/16/13 | _____/_____ |
| 4A | Video recording of introduction of Kevin Nailor ("Nailor") to Bureau of Alcohol, Tobacco Firearms & Explosives ("ATF") Undercover Special Agent ("UCSA") on August 20, 2013   (E-5) | _____/_____ |
| 4B | Video recording of introduction of Nailor to UCSA on August 20, 2013   (E-6) | _____/_____ |
| 5A | Video recording of meeting among Nailor, Walter Combs ("Combs"), Shatondi Rice ("Rice"), and UCSA on September 4, 2013   (E-9) | _____/_____ |
| 5B | Video recording of meeting among Nailor, Combs, Rice, and UCSA on September 4, 2013   (E-10) | _____/_____ |
| 6A | Video recording of meeting among Combs, Rice, and UCSA on September 12, 2013   (E-12) | _____/_____ |
| 6B | Video recording of meeting among Combs, Rice, and UCSA on September 12, 2013   (E-13) | _____/_____ |
| 6C | Video recording of meeting among Combs, Rice, and UCSA on September 12, 2013   (E-15) | _____/_____ |
| 6D | Video recording of meeting among Combs, Rice, and UCSA on September 12, 2013   (E-16 | _____/_____ |
| 7A | Video recording of meeting among Nailor, Combs, | _____/_____ |

| | | |
|---|---|---|
| | Rice, and UCSA on September 17, 2013, including takedown and arrest of defendants   (E-19) | |
| 7B | Video recording of meeting among Nailor, Combs, Rice, and UCSA on September 17, 2013, including takedown and arrest of defendants   (E-20) | _____/_____ |
| 7C | Video recording of meeting among Nailor, Combs, Rice, and UCSA on September 17, 2013, including takedown and arrest of defendants   (E-21) | _____/_____ |
| 7D | Video recording of meeting among Nailor, Combs, Rice, and UCSA on September 17, 2013, including takedown and arrest of defendants   (E-22) | _____/_____ |
| 8 | Transcription of Exhibit 4 (08/20/13 meeting) | _____/_____ |
| 9 | Transcription of Exhibit 5 (09/04/13 meeting) | _____/_____ |
| 10 | Transcription of Exhibit 6 (09/12/13 meeting) | _____/_____ |
| 11 | Transcription of Exhibit 7 (09/17/13 meeting) | _____/_____ |
| 12 | Aerial map of meeting and takedown locations | _____/_____ |
| 13A | Phoenix Arms .22 caliber handgun | _____/_____ |
| 13B | 10 rounds of .22 caliber ammunition | _____/_____ |
| 14A | Intratec .22 caliber handgun | _____/_____ |
| 14B | 22 rounds of .22 caliber ammunition | _____/_____ |
| 15 | Converse bag containing Intratec .22 caliber handgun | _____/_____ |
| 16 | Cell phone from Walter Combs | _____/_____ |
| 17 | Cell phone from Walter Combs | _____/_____ |
| 18 | Cell phone from Shatondi Rice | _____/_____ |
| 19 | Cell phone from Shatondi Rice | _____/_____ |
| 20 | Cell phone from Kevin Nailor | _____/_____ |
| 21 | Video recording from Jennings Jail | _____/_____ |
| 22A-B | Certified Conviction of Walter Combs for Possession of a Controlled Substance Except 35 Grams or Less of Marijuana (Cocaine Base), Unlawful Use of a Weapon, and Resisting/Interfering Arrest for a Felony (Cause No. 1122-CR03305-01) | _____/_____ |
| 23A | Audio recording of controlled buy of firearm from Nailor by confidential informant ("CI") on June 19, 2013   (E-1) | _____/_____ |
| 23B | Video recording of controlled buy of firearm from Nailor by CI on June 19, 2013   (E-2) | _____/_____ |
| 24 | Transcription of Exhibit 23 (06/19/13 controlled buy) | _____/_____ |
| 25A | Video recording of controlled buy of firearm from | _____/_____ |

|     |     |     |
| --- | --- | --- |
|     | Nailor by CI on July 16, 2013   (E-3) |     |
| 25B | Video recording of controlled buy of firearm from Nailor by CI on July 16, 2013   (E-4) | _____/_____ |
| 26 | Transcription of Exhibit 25 (07/16/13 controlled buy) | _____/_____ |
| 27 | Photograph of text messages between UCSA and Nailor on 08/26/13, 08/29/13, 08/31/13, and 09/04/13 | _____/_____ |
| 28 | Audio recording of phone call between Nailor and UCSA on September 3, 2013   (E-7) | _____/_____ |
| 29 | Transcription of Exhibit 28 (09/03/13 phone call) | _____/_____ |
| 30 | Audio recording of phone calls between Nailor and UCSA on September 4, 2013   (E-8) | _____/_____ |
| 31 | Transcription of Exhibit 30 (09/04/13 phone call) | _____/_____ |
| 32 | Photograph of text messages between UCSA and Nailor on 09/10/13 |     |
| 33 | Audio recording of phone call between Nailor and UCSA on September 11, 2013   (E-11) | _____/_____ |
| 34 | Transcription of Exhibit 33 (09/11/13 phone call) | _____/_____ |
| 35 | Audio recording of phone calls between Nailor and UCSA on September 12, 2013   (E-14) | _____/_____ |
| 36 | Transcription of Exhibit 35 (09/12/13 phone calls) | _____/_____ |
| 37 | Audio recording of phone call between Nailor and UCSA on September 16, 2013   (E-17) | _____/_____ |
| 38 | Transcription of Exhibit 37 (09/16/13 phone call) | _____/_____ |
| 39 | Audio recording of phone calls between Nailor and UCSA on September 17, 2013   (E-18) | _____/_____ |
| 40 | Transcription of Exhibit 39 (09/17/13 phone calls) | _____/_____ |
| 41 | Photograph of text messages between UCSA and Nailor on 09/16/13 and 09/17/13 | _____/_____ |
| 42 | Recorded interview of Walter Combs | _____/_____ |
| 43 | Recorded interview of Kevin Nailor | _____/_____ |
| 44 | Recorded interview of Shatondi Rice | _____/_____ |
| 45 | Photograph of co-defendants Combs, Rice, and Nailor | _____/_____ |
|     |     |     |

This exhibit list is merely advisory.  The United States of America reserves the right to add, delete, or modify this list, and/or utilize additional evidence at trial, including, but not limited to, in rebuttal.

        Respectfully submitted,

        RICHARD G. CALLAHAN
        United States Attorney

        /s/ *Sayler A. Fleming*
        SAYLER A. FLEMING
        Assistant United States Attorneys
        111 South Tenth Street, 20th Floor
        Saint Louis, Missouri   63102
        Telephone: (314) 539-2200
        Facsimile: (314) 539-3887

## CERTIFICATE OF SERVICE

        The undersigned hereby certifies that a true and accurate copy of this document was filed with the Court's electronic file management system for service upon all parties and counsel of record on December 1, 2014.

        /s/ *Sayler A. Fleming*
        SAYLER A. FLEMING
        ASSISTANT UNITED STATES ATTORNEY