JURY TRIAL DAY  2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
HONORABLE JOHN A. ROSS
COURTROOM 12N

DATE:   12/2/14             CASE NO:   4:13CR391 JAR

Court Reporter:  Lisa Paczkowski
Deputy Clerk:  *Jason Dockery*

Cause:  *USA v. Walter Combs*

ATTORNEY for Plaintiffs:   Sayler Fleming, Patrick Judge
ATTORNEY for Defendants:  Stephen Welby

- (X)  Parties present for JURY trial day two.
- ( )  Jury voir dire.
- ( )  Jury empaneled.
- (X)  Opening statement for plaintiff.
- (X)  Opening statement for defendant.
- (X)  Plaintiff's evidence commenced and continued.
- ( )  Oral motion of Defendant for judgment of acquittal at close of Government's case made and denied.
- ( )  Defendant's evidence commenced and concluded.
- ( )  Plaintiff's evidence in rebuttal commenced / resumed /and / but not concluded.
- ( )  Defendant's evidence in sur-rebuttal commenced / resumed and / but not concluded.
- ( )  Oral / Written motion of ( )Plaintiff / ( )Defendant  for judgment as a matter of law at the close of all the evidence filed / made / argued / submitted and overruled / denied / sustained / Court's ruling reserved / is taken with the case.
- ( )  Closing Arguments made.
- ( )  Jury charged.
- ( )  Jury deliberations began: _____  ended: _____
- ( )  Verdict returned.
- ( )  Sentencing set for _____
- (X)  Case continued until  12/3/14 at 8:30 a.m.

- (X)   USA's fourth motion in limine ruled pursuant to the record.

COURT TIME:    8:45 am -12:00 pm; 1:20-5:10 pm    LUNCH BREAK: 12:00-1:20 pm